# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANTONIO DOLL,

    Plaintiff,

v.                                   CASE NO. 4:13cv646-RH/GRJ

MICHAEL D. CREWS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 76, and the objections, ECF No. 77. I have reviewed de novo the issues raised by the objections.

As set out in the report and recommendation, the plaintiff's claims would fail on the merits, even if they were not procedurally barred. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The defendants' motion for summary judgment, ECF No. 67, is GRANTED. The clerk must enter

Case No. 4:13cv646-RH/GRJ

judgment stating, "The plaintiff Antonio Doll's claims are dismissed with prejudice." The clerk must close the file.

SO ORDERED on August 20, 2015.

s/Robert L. Hinkle<br>United States District Judge